IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:23-cv-161-JDK |
| CHIQUITA BROOKS-LASURE, et al., | § § § | |
| Defendants. | § § § | |

**ORDER SETTING HEARING**

Before the Court is Plaintiffs' unopposed motion to set a hearing on their pending motion for preliminary injunction. Docket No. 15. After considering the motion, the Court **GRANTS** the motion and hereby **SETS** the pending motion for preliminary injunction (Docket No. 10) for an in-person hearing on **June 8, 2023**, at **2:00 p.m.**, at the William M. Steger Federal Building and United States Courthouse, 211 West Ferguson Street, Tyler, TX 75702. Lead counsel for each party or, alternatively, counsel with authority to bind their respective clients, shall be present and should be prepared to address the pending motion for preliminary injunction.

So **ORDERED** and **SIGNED** this **1st** day of **May, 2023.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE