IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| STATE OF TEXAS, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 6:23-cv-161-JDK |
| § | |
| CENTERS FOR MEDICARE AND § | |
| MEDICAID SERVICES, et al., § | |
| § | |
| Defendants. § | |

**FINAL JUDGMENT**

Pursuant to the Court's Memorandum Opinion and Order granting-in-part Texas's Motion for Summary Judgment (Docket No. 75) and granting-in-part Defendants' Cross-Motion for Summary Judgment (Docket No. 78), the Court hereby enters Final Judgment as follows:

1. Final Judgment is entered in favor of Plaintiffs the State of Texas and the Texas Health and Human Services Commission on Counts I, III, V, and VI.

2. Pursuant to 5 U.S.C. § 706(2), the Court **SETS ASIDE AND VACATES**

    - 42 C.F.R. § 438.6(c)(2)(ii)(G);
    - 42 C.F.R § 438.6(c)(2)(ii)(H);
    - 42 C.F.R. § 430.3(e);
    - The 2023 Bulletin; and
    - The 2024 Bulletin.

1

3. The Court **PERMANENTLY ENJOINS** CMS from enforcing the interpretation of "hold harmless provision" from 42 U.S.C. § 1396b(w)(4)(C)(i) found in the 2023 and 2024 Bulletins and the Final Rule.

4. Final Judgment is entered in favor of Defendants Centers for Medicare and Medicaid Services; United States of America; United States Department of Health and Human Services; Administrator, Centers for Medicare and Medicaid Services; Secretary, U.S. Department of Health and Human Services; and the current heads of those agencies in their official capacities on Counts II and IV, which are **DISMISSED**.

All relief not expressly granted herein is **DENIED**. Any pending motions are **DENIED** as **MOOT**. The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **24th** day of **September, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE