# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **STATE OF TEXAS**, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**DR. MEHMET OZ**, et al., )<br>)<br>Defendants. )<br>) | Case No. 6:23-cv-161 (JDK) |

## NOTICE OF APPEAL

Please take notice that the Defendants hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered on September 24, 2025, ECF No. 93.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendants*

Date: November 21, 2025